# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JULIE ALBERTS, <br><br> PLAINTIFF, <br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> DEFENDANT. | Case No. 1:14-cv-01200-RHB <br><br> HON. ROBERT HOLMES BELL |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice. Defendant served neither an answer nor motion for summary judgment in this matter.

Respectfully submitted,

Dated: January 22, 2015   GOLDEN LAW OFFICES, P.C.

/s/ B. Thomas Golden
B. Thomas Golden (P70822)
Attorney for the Plaintiff
2186 West Main Street
P.O. Box 9
Lowell, Michigan 49331
Telephone: (616) 897-2900
Facsimile: (616) 897-2907
btg@bthomasgolden.com